UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2016

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN RE:    **DOUGLAS E. WHITE**
Third Year Law Student

## MOTION TO APPEAR UNDER THE THIRD YEAR PRACTICE RULE

The United States, by counsel, moves that **DOUGLAS E. WHITE** be permitted to appear, under the supervision of an attorney admitted to practice in the Western District of Virginia, in any civil or criminal trial in all federal courts of this District.

The United States respectfully submits the following regarding **DOUGLAS E. WHITE**.

1. He is duly enrolled in a law school approved by the American Bar Association. *See* Dean's Certification.

2. He has completed legal studies amounting to at least four (4) semesters or the equivalent. *See* Dean's Certification.

3. He is certified by the dean of his law school as being of good character and competent legal ability, and as being adequately trained to perform as a legal intern. *See* Dean's Certification.

4. He neither asks for nor receives compensation or remuneration of any kind for his services from the person on whose behalf he renders services.

5. He certifies in writing that he has read and is familiar with Canons of Professional Ethics of the American Bar Association. *See* Law Clerk Certification.

A proposed order has been sent to the presiding judge.

                                      Respectfully submitted,

Dated: 6/8/16

                                      JOHN P. FISHWICK, JR.
                                      United States Attorney

                                      Virginia State Bar No. 23285
                                      Attorney for United States of America
                                      U.S. Attorney's Office
                                      310 First Street
                                      Roanoke, Virginia 24011
                                      540 857-2250
                                      540 875-2179 (Fax)



June 6, 2016

Ms. Julia C. Dudley, Clerk of the Court
United States District Court
201 Franklin Road, SW, 5th Floor
Roanoke, VA 24011

In Re: **Douglas Edward White**

Dear Ms. Dudley:

This letter is to certify that **Douglas Edward White** is in good standing at the University of Richmond School of Law. He is of good character and competent legal ability, and has satisfactorily completed legal studies amounting to at least four semesters; therefore, providing adequate training to perform as a legal intern. He is scheduled to complete his degree in May, 2017.

Sincerely,

James Gibson
Associate Dean for Academics

JG/shs

Office of the Dean
28 Westhampton Way
University of Richmond, VA 23173
(804) 289-8740  Fax: (804) 289-8992

law.richmond.edu

# VIRGINIA STATE BAR

## THIRD YEAR PRACTICE CERTIFICATE

*for*

### DOUGLAS EDWARD WHITE

This certifies that the above-named individual is duly authorized to undertake and perform all acts permitted to third year law students by applicable Supreme Court rules. Specifically, this individual has completed four semesters of legal studies, including courses in criminal law, professional ethics, evidence and procedure, as required by Paragraph 15, Part 6, Section IV, of the Rules of the Supreme Court of Virginia.

Issued May 10, 2016

Karen A. Gould
Executive Director and
Chief Operating Officer

University of Richmond School of Law

## CERTIFICATION

I hereby certify that, pursuant to the Third Practice Rule, Part (II)(F) of III. C. 4. and 4.a. of the Standing Orders of the United States District Court for the Western District of Virginia, I have read and am familiar with the Canons of Professional Ethics of the American Bar Association and Virginia's Code of Professional Responsibility.

*[signature]*
(Law Student Intern)

Date: 5/27/16



June 6, 2016

Ms. Julia C. Dudley, Clerk of the Court
United States District Court
201 Franklin Road, SW, 5th Floor
Roanoke, VA 24011

In Re: **Douglas Edward White**

Dear Ms. Dudley:

This letter is to certify that **Douglas Edward White** is in good standing at the University of Richmond School of Law. He is of good character and competent legal ability, and has satisfactorily completed legal studies amounting to at least four semesters; therefore, providing adequate training to perform as a legal intern. He is scheduled to complete his degree in May, 2017.

Sincerely,

James Gibson
Associate Dean for Academics

JG/shs

Office of the Dean
28 Westhampton Way
University of Richmond, VA 23173
(804) 289-8740  Fax: (804) 289-8992

law.richmond.edu