UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 20 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN RE: **Elizabeth S. Douglas**
Third Year Law Student

## ORDER

It appearing to the Court that **Elizabeth S. Douglas** is a third year law student at The University of Virginia School of Law, and that **Elizabeth S. Douglas** has met all the requisites for Third Year Practice as provided by law and by a prior order of this Court, it is

## ORDERED

that **Elizabeth S. Douglas** be permitted to appear, under the supervision of an attorney admitted to practice in the Western District of Virginia, in any civil or criminal trial in all federal courts of this District.

The Clerk is directed to send certified copies of this Order to all judges and magistrates seated in the Western District of Virginia and a copy to Larry Shelton, Federal Public Defender, Federal Public Defender's Office, Attention: Monica Callaway, 210 First Street, S.W., Suite 400, Roanoke, Virginia 24011.

ENTERED this 20th day of September 2016.

/s/ Glen Conrad
UNITED STATES DISTRICT JUDGE